UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL SEVILLE LEWIS,

        Plaintiff,

  v.

SNOHOMISH COUNTY SHERIFFS,

        Defendant.

CASE NO. C19-870-RAJ-BAT

**ORDER GRANTING EXTENSION OF TIME**

By order dated June 24, 2019, the Court declined to serve Mr. Lewis' 42 U.S.C. § 1983 civil rights complaint, and granted him leave to file an amended complaint by July 29, 2019. Dkt. 7. Mr. Lewis now moves for an extension of time, until August 5, 2019, to file his amended complaint. Dkt. 8. Mr. Lewis' motion (Dkt. 8) is GRANTED. Plaintiff may file an amended complaint addressing the deficiencies set out in the Court's prior order (Dkt. 7) by August 5, 2019. The Clerk is directed to provide a copy of this order to Mr. Lewis.

DATED this 25th day of July, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER GRANTING EXTENSION OF TIME - 1